IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

**AUG 1 7 2001**

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,
    Plaintiff/Respondent,

vs.

HECTOR MENA VEGA
    Defendant/Movant.

Case NO. Civil **B-01-144**

Criminal: 1:99CR-00354-001

---

## MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW
## WITH ADDITIONAL FACTS & EXHIBITS IN SUPPORT OF MOTION § 2255

---

COMES NOW, the Defendant/Movant, Hector Mena Vega   in pro se, and respectfully moves that this Honorable Court for leave to file a memorandum of law that contains additional information and exhibits that support his § 2255 motion.

IN SUPPORT  of this motion, the Defendant states that the form provided by the Court for his § 2255 motion is inadequate to present his claims and issues without filing such pleading as described above.  Without the leave of this Court, the Defendant's § 2255 motion cannot adequately and fairly be reviewed.

WHEREFORE, the Defendant prays that this Honorable Court will grant him leave to file a memorandum of law with additional inform- ation and exhibits to support his § 2255 motion.

AND FURTHERMORE, to allow the Defendant a minimum of ninety (90) days in which to file the memorandum of law from the date of filing his § 2255 motion.

Dated: August 12, 2001

Respectfully submitted,

Hector Mena Vega.

Hector Mena Vega, Defendant/ Movant, pro se

## CERTIFICATE OF SERVICE

I, __Hector Mena Vega__ , affirm that on this __13th__ day

of ____August____ , 2001 , I placed a copy of the foregoing

MOTION in an envelope, with First Class United States Postage paid

in the Institutional "LEGAL MAIL" box, addressed to the person and

department named below, for Officials at this F.C.I. in Big Spring,

Texas, to subsequently deliver to the United States Postal Service.


Respectfully,

_Hector Mena Vega_
Hector Mena Vega

ADDRESSEE:


OFFICE OF THE U.S. ATTORNEY
Attn: Adela Kowalski Garza, A.U.S.A.
600 E. Harrison St.,    #201
Brownsville, Texas · 78520-7155