3

AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF

SOUTHERN TEXAS - BROWNSVILLE DIVISION

B-01-144

UNITED STATES OF AMERICA,
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

AUG 1 7 2001

Michael N. Milby
Clerk of Court

V.

HECTOR MENA VEGA,
Defendant

CASE NUMBER:
Criminal: 1:99CR-00354-001

I, __Hector Mena Vega__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  __FCI Big Spring, Texas 79720__

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No   except as inmate.

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    n/a

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    n/a

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [X] No
    b. Rent payments, interest or dividends            [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments  [ ] Yes   [X] No
    d. Disability or workers compensation payments     [ ] Yes   [X] No
    e. Gifts or inheritances                           [X] Yes   [ ] No  Hm
    f. Any other sources                               [X] Yes   [ ] No
                                                        Hm

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. Average of $60.00 Gift per month

ACCOUNT STATEMENT

FCI BIG SPRING*LIMITED OFFICIAL USE  
1900 SIMLER AVENUE  
BIG SPRING, TEXAS 79720

DATE 07/17/01  
PAGE No.01

Account # 86736079

MENA-VEGA, HECTOR  
SR

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 42.07 | .00 | .00 | .00 | 42.07 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T00410 | 12:05 | 10-06-00 | MONEY ORDER | 50.00 | 92.07 |
| 0CDE67 | 12:27 | 10-07-00 | DEPOSIT ITS FUNDS | 2.00- | 90.07 |
| SEP00P | 8:15 | 10-11-00 | PERFORMANCE PAY | 19.20 | 109.27 |
| 000006 | 11:03 | 10-13-00 | SALE / REGULAR | 2.00- | 107.27 |
| 0D6EAB | 17:22 | 10-15-00 | DEPOSIT ITS FUNDS | 2.00- | 105.27 |
| T00931 | 13:59 | 10-16-00 | MONEY ORDER | 30.00 | 135.27 |
| 000017 | 11:37 | 10-19-00 | SALE / REGULAR | 43.55- | 91.72 |
| 0E3FAB | 14:59 | 10-29-00 | DEPOSIT ITS FUNDS | 6.00- | 85.72 |
| OCT00P | 8:46 | 11-08-00 | PERFORMANCE PAY | 19.20 | 104.92 |
| 000011 | 11:08 | 11-09-00 | SALE / REGULAR | 2.00- | 102.92 |
| 0F5580 | 19:36 | 11-15-00 | DEPOSIT ITS FUNDS | 2.00- | 100.92 |
| 0F85EF | 11:50 | 11-19-00 | DEPOSIT ITS FUNDS | 5.00- | 95.92 |
| 0FE8BF | 14:20 | 11-26-00 | DEPOSIT ITS FUNDS | 2.00- | 93.92 |
| 0FE992 | 15:11 | 11-26-00 | DEPOSIT ITS FUNDS | 3.00- | 90.92 |
| 1004F8 | 18:48 | 11-28-00 | DEPOSIT ITS FUNDS | 2.00- | 88.92 |
| 108829 | 11:29 | 12-09-00 | DEPOSIT ITS FUNDS | 2.00- | 86.92 |
| NOV00P | 9:00 | 12-13-00 | PERFORMANCE PAY | 32.40 | 119.32 |
| 0223 | 9:44 | 12-13-00 | FIN. RESP. ACT | 25.00- | 94.32 |
| 10C5BA | 17:44 | 12-13-00 | DEPOSIT ITS FUNDS | 4.00- | 90.32 |
| 11042C | 17:34 | 12-17-00 | DEPOSIT ITS FUNDS | 2.00- | 88.32 |
| 111D21 | 18:46 | 12-19-00 | DEPOSIT ITS FUNDS | 2.00- | 86.32 |
| 116A26 | 18:47 | 12-24-00 | DEPOSIT ITS FUNDS | 5.00- | 81.32 |
| 11CD42 | 14:52 | 12-31-00 | DEPOSIT ITS FUNDS | 1.00- | 80.32 |
| T05285 | 13:35 | 01-02-01 | MONEY ORDER | 106.00 | 186.32 |
| 121F8B | 11:52 | 01-06-01 | DEPOSIT ITS FUNDS | 2.00- | 184.32 |
| DEC01P | 7:49 | 01-10-01 | PERFORMANCE PAY | 18.84 | 203.16 |
| 128EF7 | 11:16 | 01-14-01 | DEPOSIT ITS FUNDS | 3.00- | 200.16 |
| T05956 | 14:20 | 01-16-01 | MONEY ORDER | 25.00 | 225.16 |
| 12C297 | 18:48 | 01-18-01 | DEPOSIT ITS FUNDS | 2.00- | 223.16 |
| T06082 | 12:47 | 01-19-01 | MONEY ORDER | 50.00 | 273.16 |
| 132DB5 | 11:19 | 01-28-01 | DEPOSIT ITS FUNDS | 3.00- | 270.16 |
| 132E8B | 11:46 | 01-28-01 | DEPOSIT ITS FUNDS | 2.00- | 268.16 |
| PF0397 | 14:07 | 02-02-01 | COMMISSARY FORM | 50.00- | 218.16 |
| 136FB5 | 12:22 | 02-03-01 | DEPOSIT ITS FUNDS | 2.00- | 216.16 |
| JAN01P | 9:03 | 02-14-01 | PERFORMANCE PAY | 19.20 | 235.36 |
| 140DE0 | 20:00 | 02-15-01 | DEPOSIT ITS FUNDS | 2.00- | 233.36 |
| 142257 | 11:14 | 02-17-01 | DEPOSIT ITS FUNDS | 3.00- | 230.36 |
| T07605 | 11:53 | 02-23-01 | MONEY ORDER | 100.00 | 330.36 |
| 147856 | 12:14 | 02-24-01 | DEPOSIT ITS FUNDS | 3.00- | 327.36 |
| 000072 | 16:51 | 02-28-01 | SALE / REGULAR | 48.95- | 278.41 |
| T07900 | 12:20 | 03-01-01 | MONEY ORDER | 25.00 | 303.41 |

ACCOUNT STATEMENT

FCI BIG SPRING*LIMITED OFFICIAL USE  
1900 SINLER AVENUE  
BIG SPRING, TEXAS  79720

DATE 07/17/01  
PAGE No.02

Account # 86736079

MENA-VEGA, HECTOR  
SR

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 14C702 | 12:20 | 03-03-01 | DEPOSIT ITS FUNDS | 3.00- | 300.41 |
| T08168 | 13:47 | 03-07-01 | MONEY ORDER | 100.00 | 400.41 |
| T08169 | 13:47 | 03-07-01 | MONEY ORDER | 35.00 | 435.41 |
| 14F0CD | 17:00 | 03-07-01 | DEPOSIT ITS FUNDS | 3.00- | 432.41 |
| 000004 | 10:58 | 03-08-01 | SALE / REGULAR | .50- | 431.91 |
| 000003 | 11:02 | 03-13-01 | SALE / REGULAR | 6.20- | 425.71 |
| FEB01P | 9:30 | 03-14-01 | PERFORMANCE PAY | 28.08 | 453.79 |
| PF0494 | 10:39 | 03-14-01 | FIN. RESP. ACT | 25.00- | 428.79 |
| PF0513 | 13:16 | 03-16-01 | COMMISSARY FORM | 50.00- | 378.79 |
| 157049 | 12:38 | 03-17-01 | DEPOSIT ITS FUNDS | 2.00- | 376.79 |
| T08598 | 13:25 | 03-19-01 | MONEY ORDER | 20.00 | 396.79 |
| 15BF3C | 6:08 | 03-24-01 | DEPOSIT ITS FUNDS | 2.00- | 394.79 |
| 15C6AF | 17:27 | 03-24-01 | DEPOSIT ITS FUNDS | 2.00- | 392.79 |
| 1622CC | 14:10 | 04-01-01 | DEPOSIT ITS FUNDS | 2.00- | 390.79 |
| 000019 | 17:16 | 04-03-01 | SALE / REGULAR | 4.00- | 386.79 |
| 1673B2 | 13:19 | 04-08-01 | DEPOSIT ITS FUNDS | 3.00- | 383.79 |
| 1678A2 | 19:49 | 04-08-01 | DEPOSIT ITS FUNDS | 3.00- | 380.79 |
| MAR01P | 8:30 | 04-11-01 | PERFORMANCE PAY | 16.20 | 396.99 |
| 168F3F | 16:49 | 04-11-01 | DEPOSIT ITS FUNDS | 3.00- | 393.99 |
| 16B4E2 | 11:57 | 04-14-01 | DEPOSIT ITS FUNDS | 1.00- | 392.99 |
| 16D14D | 18:57 | 04-16-01 | DEPOSIT ITS FUNDS | 3.00- | 389.99 |
| 16EB35 | 19:06 | 04-19-01 | DEPOSIT ITS FUNDS | 2.00- | 387.99 |
| 170351 | 7:09 | 04-22-01 | DEPOSIT ITS FUNDS | 1.00- | 386.99 |
| 000076 | 17:14 | 04-24-01 | SALE / REGULAR | 2.85- | 384.14 |
| 1737C7 | 9:35 | 04-29-01 | DEPOSIT ITS FUNDS | 1.00- | 383.14 |
| 173CA6 | 19:57 | 04-29-01 | DEPOSIT ITS FUNDS | 3.00- | 380.14 |
| T10577 | 12:34 | 05-04-01 | MONEY ORDER | 50.00 | 430.14 |
| 177C66 | 20:17 | 05-05-01 | DEPOSIT ITS FUNDS | 1.00- | 429.14 |
| APR01P | 9:31 | 05-09-01 | PERFORMANCE PAY | 17.64 | 446.78 |
| 17A1F5 | 16:46 | 05-09-01 | DEPOSIT ITS FUNDS | 2.00- | 444.78 |
| PF0682 | 10:53 | 05-11-01 | COMMISSARY FORM | 100.00- | 344.78 |
| 17CEB5 | 11:15 | 05-12-01 | DEPOSIT ITS FUNDS | 1.00- | 343.78 |
| 1804A6 | 20:00 | 05-16-01 | DEPOSIT ITS FUNDS | 2.00- | 341.78 |
| 183587 | 21:32 | 05-21-01 | DEPOSIT ITS FUNDS | 2.00- | 339.78 |
| T11382 | 11:48 | 05-24-01 | MONEY ORDER | 30.00 | 369.78 |
| 185943 | 18:39 | 05-26-01 | DEPOSIT ITS FUNDS | 1.00- | 368.78 |
| 1867F0 | 18:13 | 05-28-01 | DEPOSIT ITS FUNDS | 2.00- | 366.78 |
| 188173 | 16:45 | 06-01-01 | DEPOSIT ITS FUNDS | 1.00- | 365.78 |
| 188F75 | 13:10 | 06-02-01 | DEPOSIT ITS FUNDS | 2.00- | 363.78 |
| 18DB9D | 11:12 | 06-09-01 | DEPOSIT ITS FUNDS | 2.00- | 361.78 |
| 18EE62 | 18:51 | 06-10-01 | DEPOSIT ITS FUNDS | 1.00- | 360.78 |
| MAY01P | 9:19 | 06-13-01 | PERFORMANCE PAY | 26.04 | 386.82 |
| PF0769 | 10:11 | 06-13-01 | FIN. RESP. ACT | 25.00- | 361.82 |
| 190930 | 17:07 | 06-13-01 | DEPOSIT ITS FUNDS | 2.00- | 359.82 |

```
                    ACCOUNT
                    STATEMENT
FCI BIG SPRING*LIMITED OFFICIAL USE        DATE 07/17/01
1900 SIMLER AVENUE                         PAGE No.03
BIG SPRING, TEXAS  79720


                                     Account # 86736079

        MENA-VEGA, HECTOR
        SR
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| 193D3E  | 16:41 | 06-17-01 | DEPOSIT ITS FUNDS       | 1.00-   | 358.82 |
| 197A65  | 12:09 | 06-24-01 | DEPOSIT ITS FUNDS       | 2.00-   | 356.82 |
| 197DAD  | 18:58 | 06-24-01 | DEPOSIT ITS FUNDS       | 10.00-  | 346.82 |
| PF0846  | 10:01 | 07-06-01 | COMMISSARY FORM         | 200.00- | 146.82 |
| JUN01P  | 8:40  | 07-11-01 | PERFORMANCE PAY         | 8.40    | 155.22 |
| 000005  | 10:59 | 07-12-01 | SALE / REGULAR          | 62.20-  | 93.02  |

```
              **** TRANSACTION TOTAL ****    50.95
```

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 93.02 | .00 | .00 | .00 | 93.02 |

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_7/17/01_  _Hector Menor Vega_
DATE          SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _93.02_ on account to his/her credit at (name of institution) _FCI Big Spring_ . I further certify that the applicant has the following securities to his/her credit: _none_

_____. I further certify that during the past six months the applicant's average balance was $ _354.18_ .

_7-17-01_   _J. Raylene Daniels, Lts Ich_
DATE         SIGNATURE OF AUTHORIZED OFFICER