4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR MENA VEGA | * | |
| VS | * | C.A. NO. B-01-144 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-99-354) |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **November 26, 2001**. Said response shall include the transcript of the trial.

DONE at Brownsville, Texas, this 26th day of September 2001.

Felix Recio
United States Magistrate Judge