

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff / Respondent | § § § | Criminal No.: 99-CR-354-001, |
| vs. | § § | Civil No.: B-01-144. |
| HECTOR MENA VEGA Defendant/Movant. | § § § | |

### MOTION FOR STAY OF § 2255 PROCEEDINGS

**COMES NOW**, the Movant, HECTOR MENA VEGA, in pro se, and respectfully requests that this Honorable Court grant a stay of any further proceedings in this matter of a motion pursuant to 28 USC § 2255 for the following reasons:

1.) The Defendant/Movant is depending upon an inmate law clerk in the FCI Big Spring law library to assist him in the litigation of his § 2255 motion and neither the Movant or the assisting law clerk are sufficiently skilled in the processes and procedures of the law. They may have made a fatal error in light of the U.S. Supreme Court's decision in Daniels v. U.S. and Lackawanna County, PA., District Attorney v. Coss, which were just recently decided, in that § 2255 is not meant to be used to challenge prior convictions of alien immigrants under the Vienna Convention or other Constitutional violations which affect the validity of those prior convictions used to enhance the Movant's sentence.

2.) The Movant is currently attacking the state prior conviction(s) in the proper manner within the state remedies that are available to him and it will be quite some time before there is a ruling in the state court as to the validity of the state conviction which was used to enhance the Movant's federal sentence.

3.)   The state has been known to recognize the violations the Movant has experienced under the Vienna convention when applied to a state conviction, and thus, the Movant has the realistic possibility of overturning his state prior conviction that was used to enhance the federal sentence under attack in the § 2255 motion which is the subject of this motion for stay of proceedings.

4.)   The A.E.D.P.A.'s strict and stringent standards could very well prevent the Movant from bringing his claim that he was not convicted of an aggrevated felony on a successive motion if the Movant is successful in vacating his prior state felony convictions, thus creating a fundamental miscarriage of justice.

WHEREFORE, the Defendant/Movant prays that this Honorable Court will place a stay on any further proceedings in this matter of the Movants § 2255 motion until he has obtained a final ruling on the state pleading he will file to vacate his prior state convictions which were used to enhance the current federal sentence under attack throught his § 2255 motion.

FOR SUCH STAY THE MOVANT PRAYS!

Respectfully submitted,

Dated: SEP 26, 2001

*Hector Mena Vega*
HECTOR MENA VEGA

## CERTIFICATE OF SERVICE

I, __HECTOR MENA VEGA_____, hereby affirm that on the __27TH__ day of __SEP_____, 20__01__, I served upon the opposing parties, named below, true and correct copies of the following documents or pleadings: __Motion For Stay of § 2255 Proceedings__

Addressee(s):  OFFICE OF THE U. S. ATTORNEY
Attn: Adela Kowalski Garza, A.U.S.A.
600 E. Harrison St. #201
Brownsville  Texas 78520-7155

Above said service was made via United States Postal Service (Mail) by my placing the envelope containing documents/pleadings to be served in the "LEGAL" U.S. Mail Box the the institution of my incarceration.

Dated: SEP 27, 2001

_Hector Mena Vega_
HECTOR MENA VEGA