# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HECTOR MENA-VEGA | * |
| | * |
| VS | *   C.A. NO. B-01-144 |
| | * |
| UNITED STATES OF AMERICA | *   (Cr. No. B-99-354) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's Motion to Stay of § 2255 Proceedings on or before December 17, 2001.

DONE at Brownsville, Texas, on 6th day of December 2001.

_____
Felix Recio
United States Magistrate Judge