UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR MENA-VEGA | * | |
| VS | * | C.A. NO. B-01-144 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-99-354) |

### ORDER DENYING MOTION FOR STAY OF § 2255 PROCEEDINGS

Movant Hector Mena-Vega's Motion to Stay § 2255 Proceedings (Doc. No. 5) was reviewed by the Court and is of the opinion that the Motion should be denied.

Movant claims that his federal sentence was illegally enhanced by use of illegal state convictions. Movant asserts that his prior state convictions were totally flawed because he was not given his rights under the Vienna Convention. These arguments are attempts to collaterally attack a state court conviction on grounds that are not recognized by the state courts as creating enforceable "personal rights." Sifuentes vs. State, 29 S.W. 3rd 238, 243 (Tex. App. Amarillo 2000) (citing Beard v. Greene, 523 U.S. 371, 118 S.Ct. 1352, 1355 (1998)). These claims are not sufficient legal grounds to grant a stay of these habeas proceedings.

Accordingly, Movant's Motion to Stay 28 U.S.C. § 2255 Proceedings is hereby DENIED.

DONE at Brownsville, Texas, this 9th day January of 2002.

Felix Recio
United States Magistrate Judge